

50 Division Street
Suite 501
Somerville, NJ 08876

MICHAEL POREDA, ESQ.
PH: 908-274-1270
CELL: 908-432-4098
poreda@poredalaw.com

www.poredalaw.com

August 21, 2019

**VIA ECF**
The Honorable John Michael Vazquez
United States District Court for the District of New Jersey
402 E State St Office Room 2020
Trenton, NJ 08608

**Re:  Szemple v. Rutgers**
Docket No. 19-CV-13300

Dear Judge Vazquez:

    Currently pending before you is a request for pro bono counsel filed by Plaintiff Craig Szemple, a prisoner at Northern State Prison. I have read Mr. Szemple's complaint, met with him, and believe he has a meritorious case. I realize one of the Tabron factors is the availability of counsel willing to take the case pro bono. I am willing to take this case pro bono and would welcome appointment.

Sincerely,

/s/

Michael Poreda